FILED

06/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0090

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0090

_____

| | |
|---|---|
| IN THE MATTER OF THE APPOINTMENT OF A MEMBER TO THE COMMISSION ON PRACTICE OF THE SUPREME COURT OF THE STATE OF MONTANA | O R D E R |

_____

Rule 2 of the Rules for Lawyer Disciplinary Enforcement provides that appointments to the Commission on Practice shall be made by the Supreme Court from a list of three licensed and practicing attorneys submitted to the Court who have received the highest number of votes in an election by the Area resident members of the State Bar of Montana. Rule 2 further provides that this Court shall, by order, designate the time, place, and method for the election of members for appointment to the Commission on Practice.

The attorney member for Area F has resigned. Area F is comprised of the First Judicial District.

THEREFORE,

IT IS NOW ORDERED:

1. An election shall be had in Area F for nomination of three resident bar members whose names shall be submitted to this Court, and this Court shall then appoint one of the three to membership on the Commission on Practice.

2. The election in Area F shall be the responsibility of District Judge Christopher D. Abbott.

3. The election shall be conducted in the following manner:

(a) At the discretion of Judge Abbott, the election may be conducted either by e-mail or regular mail. Whether by e-mail or regular mail, the ballots shall be in the following form:

AREA F

First Judicial District

BALLOT FOR MEMBERS OF COMMISSION ON PRACTICE
(Vote for Three)

1. _____

2. _____

3. _____

The election will close June 21, 2024.  Your ballot must be returned so as to reach its destination on or before that date.  The names of the three attorneys receiving the highest number of votes will be sent to the Montana Supreme Court, which then will appoint one of them to the Commission.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(b) Judge Abbott shall prepare and distribute the ballots on or before June 10, 2024.

(c) Voted ballots must be returned to Judge Abbott on or before June 18, 2024.

(d) The ballots are to be opened and counted by Judge Abbott.  Judge Abbott shall then certify to this Court the names of the three attorneys in Area F receiving the highest number of votes on or before June 24, 2024.

The Clerk is directed to mail a copy of this Order to Honorable Christopher D. Abbott, to each member of the Commission on Practice, and to Shelly Smith, Office Administrator for the Commission on Practice.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 3 2024